The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
Staten Island, New York 10176
Tel. 212-286-0173
Fax 212-286-0495

December 12, 2022

Hon. Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  United States v. Carlos Silva Arellano
          Docket No. 16 Cr. 241 (CBA)

Dear Judge Amon:

    I represent Mr. Arellano in the above-referenced matter. Mr. Arellano was arraigned on November 29, 2022, and detained. It is my understanding that he was placed in quarantine at the MDC for some period thereafter. On December 5, 2022, I started a trial before Judge Oetken in the Southern District of New York (United States v. Danskoi, et ano., 21 Cr. 92 (JPO)). The trial is continuing and I will be so engaged probably through the end of this week. Due to the quarantine and the SDNY trial I have not been able to visit with Mr. Arellano.

    For all of these reasons, I am requesting an adjournment of the first status conference before Your Honor presently scheduled for Wednesday, December 14, at 10:00 a.m., to a date in the following week except Monday, December 19. I consent to the exclusion of time under the Speedy Trial Act until the adjourned date. I left an email for the government yesterday to this effect and have not heard back.

                                         Respectfully submitted,

                                         James M. Branden