UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 2/13/23               TIME: 9:00 am (20 mins)

CRIMINAL CAUSE FOR: Status Conference

DOCKET #: CR16-00241

DEFENDANT: Carlos Silva Arellano-c          ATTORNEY: James M. Branden, Esq.

DEFENDANT:                                   ATTORNEY:

DEFENDANT:                                   ATTORNEY:

ASSISTANT U.S. ATTORNEY: Andrew Wang

COURT REPORTER: Anthony Frisolone

INTERPRETER: Rosa Olivera-NIMS

PROBATION OFFICER:

PRETRIAL OFFICERS:                           DEPUTY: T. Campbell

Conference held.
More discovery will be turned over this week.
The deft. is involved in plea negotiations despite not reviewing all discovery.
The govt has not offered an official plea package.
A plea offer will be sent to the defense by 2/27/23.
OED ent'd (plea negotiations).
Further status conference is set for 3/20/23 at 10am.

