# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| **MAGISTRATE JUDGE:** Peggy Kuo | **DATE:** 2/22/2025 |
|---|---|
| **CLERK:** D. Wright | |
| **DOCKET #:** 16 CR 241(s-2) (CBA) | **LOG TIME:** 11:18–11:33am |
| **DEFENDANTS NAME:** Jesus Ricardo Patron Sanchez | |

| _x_ Present | ___ Not Present | _x_ Custody | ___ Bail |
|---|---|---|---|

**DEFENSE COUNSEL:** John Curran

| _x_ Court Appointed | ___ Federal Defender | _x_ CJA | ___ Retained |
|---|---|---|---|

**A.U.S.A:** Andrew Wang

| **INTERPRETER:** Elizabeth Caruso | **LANGUAGE:** Spanish |
|---|---|

Defendant arraigned on the: ___ Complaint ___ Indictment _x_ Superseding Indictment ___ Probation Violation

| _x_ Defendant pleads NOT GUILTY to ALL counts. | _x_ Defendants first appearance. |
|---|---|
| ___ Government Agent Sworn | _x_ Rule 5f warnings given to the govt. |
| _x_ DETENTION HEARING Held. | ___ BAIL HEARING Held. |

___ Bond set at $

**Defendant:** ___ released ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety/ies sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody. ___ Leave to reopen granted.

| ___ Temporary Order of Detention Issued. | ___ Bail Hearing set for |
|---|---|
| ___ Preliminary Hearing set for | ___ Preliminary Hearing waived by defendant |

_x_ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

| _x_ Order of Excludable Delay/Speedy Trial entered. | Start Date: 2/22/2025 | End Date: 3/11/2025 |
|---|---|---|

**Removal District:** | **Removal District Case Number:**

___ Removal (Rule 5) Proceeding held.

| ___ Identity hearing held | **Court:** ___ Orders removal ___ Denies Removal |
|---|---|
| ___ Defendant waives Identity hearing | ___ Defendant waives Preliminary hearing |

___ No bail application presented to the court. Commitment to the District entered.

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

_x_ Status conference set for **3/11/2025** @ **10:00am** before District Judge: Amon

**Other Rulings:** Spanish interpreter Elizabeth Caruso sworn on the record. The government opposed bail for reasons stated on the record. At this time defense counsel did not have a bail application to present; order of detention entered.